IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOISES MARTINEZ-MARTINEZ (01),<br><br>　　　　Defendant. | Case No. 18-20090-01-DDC |

**MEMORANDUM AND ORDER**

Defendant Moises Martinez-Martinez has filed a pro se Motion for Compassionate Release (Doc. 54). But because the Bureau of Prisons already has released Mr. Martinez-Martinez, that motion is now moot. The court thus dismisses the motion as moot.

**I.　Background**

On September 19, 2019, Mr. Martinez-Martinez entered a guilty plea to an Information (Doc. 34) charging him with knowingly and intentionally distributing 50 grams or more of methamphetamine. Doc. 37 at 1. On February 3, 2020 the court sentenced him to 70 months' imprisonment. Doc. 44. Then, he was released on February 27, 2023. *See* Moises Martinez-Martinez, Reg. No. 29424-031, FED. BUREAU OF PRISONS, https://www.bop.gov/inmateloc (last visited Apr. 14, 2023).

**II.　Discussion**

Article III of the United States Constitution limits federal courts' jurisdiction to actual cases or controversies. *Iron Arrow Honor Soc'y v. Heckler*, 464 U.S. 67, 70 (1983). Under that case-or-controversy requirement, federal courts "lack jurisdiction to decide moot cases," *id.* (citing *Defunis v. Odegaard*, 416 U.S. 312, 316 (1974)), and a case becomes moot when the

moving party no longer presents to the court a "live" issue. *Murphy v. Hunt*, 455 U.S. 478, 481 (1982) (quoting *U.S. Parole Comm'n v. Geraghty*, 445 U.S. 388, 396 (1980)). A motion for compassionate release no longer presents a live issue when the United States has released the defendant from federal custody. *See, e.g.*, *United States v. Lisk*, No. 10-CR-40056, 2020 WL 5434126, at *1 (D. Kan. Sept. 10, 2020) (finding motion moot where defendant already had been released from custody); *United States v. Sanchez*, No. 16-CR-2077-BEN, 2021 WL 5999764, at *1 (S.D. Cal. Dec. 17, 2021) ("When a prisoner is released from custody, the motion for compassionate release becomes moot because there is no further relief this Court can provide.").

Here, Mr. Martinez-Martinez has secured his release from custody. So, his motion for compassionate release no longer presents a live issue. The motion is moot, and this court lacks jurisdiction to decide it.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant Moises Martinez-Martinez's "Motion for Reduction of Sentence" (Doc. 54) is dismissed as moot.

**IT IS SO ORDERED.**

**Dated this 18th day of April, 2023, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**
